# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134004

STEPHANIE D. PROVOST,
        Plaintiff,
and

BONNIE CHRISTIAN,
        Plaintiff-Appellant,
and

DENISE M. ROBERSON,
        Plaintiff, Counter-Defendant,

v

                                     SC: 134004
                                     COA: 268856
                                     Washtenaw CC: 02-000937-CL

MICHIGAN DEPARTMENT OF CORRECTIONS,
        Defendant-Appellee,
and

RONALD BAPTIST,
        Defendant, Counter-Plaintiff.

_____/

        On order of the Court, the application for leave to appeal the February 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

t0830

_____
Clerk